THE STATE OF MISSOURI, Respondent, v. R.
VAUGHN et al., Appellants.

83 457
157s 583

Kansas City Court of Appeals, March 5, 1900.

Criminal Law: INFORMATION: APPEAL. A right to appeal exists
only by virtue of the statute and is unknown to the common law
and as the statute makes no provision for appeal from conviction on
the information, no such right exists.

Appeal from the Lafayette Criminal Court.—*Hon. J. A.
Rich*, Judge.

APPEAL DISMISSED.

*John S. Blackwell & Son, John M. Price* and *William
Aull* for appellants, filed brief on merits.

*Clarence Vivion* for respondent, filed brief on merits.

SMITH, P. J.—The defendants being convicted in the
criminal court of Lafayette county on an information filed
by the prosecuting attorney in that court against them for
violating section 3854, Revised Statutes, appealed to this
court.

The right of appeal does not exist except as the result
of statutory enactment. The only section relating to a de-
fendant taking an appeal is where he is convicted on a charge
contained in an indictment. R. S. 1889, section 4277.
There is no such enactment as to informations. The right of
appeal is unknown at the common law. State v. Brown,
153 Mo. 578; 55 S. W. Rep. 76. For these reasons the
appeal must be dismissed. All concur.